UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VINCENT VILLANO, | CASE NO. 3:22-cv-5998 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| STATE COLLECTION SERVICE, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

The Court strikes the scheduling conference set for May 19, 2023, at 1:30 PM. Dkt. No. 14. The parties will not be required to appear for a scheduling conference at this time to discuss the Joint Status Report and case expectations.

Dated this 19th day of May 2023.

Ravi Subramanian
Clerk

/s/ Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 1