UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINCENT VILLANO, | CASE NO. 3:22-cv-5998 |
| Plaintiff, | ORDER |
| v. | |
| STATE COLLECTION SERVICE, INC., | |
| Defendant. | |

Plaintiff Vincent Villano filed a Notice of Settlement on April 15, 2024, stating that he has "resolved claims with Defendant" and that the parties "intend to file a motion to dismiss within the next 30 days." Dkt. No. 25. The Court strikes the trial date in this case and all related deadlines. The parties must file a stipulated dismissal pursuant to Fed. R. Civ. P. 41—without requesting action by this Court—or provide the Court with a joint status report regarding their progress in perfecting settlement within 30 days of entry of this order.

It is so ORDERED.

**ORDER** - 1

Dated this 17th day of April, 2024.

_____
Jamal N. Whitehead
United States District Judge

**ORDER** - 2